PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Walter Covington

Docket Number: 02-00195-008
PACTS Number: 32284

Name of Sentencing Judicial Officer: The Honorable Dennis M. Cavanaugh, U.S.D.J.

Date of Original Sentence: 02/10/2005

Original Offense: 21 U.S.C. § 846 - Conspiracy to Distribute Cocaine

Original Sentence: 70 months imprisonment; 5 years supervised release.

Type of Supervision: Supervised Release

Date Supervision Commenced: 01/26/10

Assistant U.S. Attorney: Melissa Jampol, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

Defense Attorney: Alex Jardins - Appointed, 512 42nd Street, Union City, New Jersey 07087 (201) 348-2121

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | The offender has violated the supervision condition which states 'You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.'

The offender has tested positive for THC (marijuana) on April 9th, 16th, and 26, and May 11th and 25th, and June 16th, 2010. He also tested positive for ecstasy on April 26, 2010.

PROB 12C - Page 2
Walter Covington

2  The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

The offender has failed to submit Monthly Supervision reports for the months of January, February, March, and April and May 2010.

3  The offender has violated the supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**'

The offender has not secured employment upon his release from prison. He has been instructed to keep an employment search log to document his employment search activities which he has not done. The offender was referred to the Bergen County Workforce Development Center, but he has failed to schedule himself an intake interview.

4  The offender has violated the supervision condition which states '**You shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.**'

On April 12, 2010, the probation office was advised by Jersey City Police Department, that the offender was observed at the corner of Lexington Avenue and Bergen Avenue, in Jersey City. This is an area that has been identified as a an area where controlled substance are illegally sold, used, distributed or administered. The offender was made aware of the condition when he was released from custody and was specifically told to avoid this area. This is the same area in which the offender engaged in the illegal activity that led to the instant offense. On June 11, 2010, the probation office was again advised by the Jersey City Police Department that the offender was observed at the corner of Lexington Avenue and Bergen Avenue, Jersey City, New Jersey.

5  The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**'

On April 12, 2010, the offender was observed by Jersey City Police loitering on the corner of Lexington Avenue and Bergen Avenue, Jersey City, with Damien Palms, a co-defendant in the instant offense.

6  The offender has violated the supervision condition which states '**You shall permit a probation officer to visit you at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer.**'

On March 29, 2010, the offender advised he was at 10 Osborne Terrace, Apartment 5D, Newark, New Jersey. The probation officer proceeded to this location to attempt a community contact. The offender did not answer the do and did not answer his telephone.

PROB 12C - Page 3
Walter Covington

8     The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

On April 12, 2010, the offender had contact with Jersey City Police and did not report this contact until May 3, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

By: Patrick Hattersley
U.S. Probation Officer
Date: 6/29/10

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: Aug 16, 2010 10 AM
[ ] No Action
[ ] Other

Signature of Judicial Officer

8/3/10
Date

Dennis M. Cavanaugh
U.S. District Judge